KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH LEIKAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. _____ |
| | ) |
| KASA COMPANIES, INC, | ) |
| | ) |
| Defendant. | ) |

## **COMPLAINT**

Plaintiff Joseph Leikam ("Joseph"), for his cause of action against Defendant, KASA Companies, Inc. ("KASA"), states and alleges as follows:

**Parties**

1. Joseph is a resident of the State of Kansas.

2. KASA is a Kansas corporation and can be served with process by service on its registered agent, Dan Stutterheim, at 418 East Ave. B., Salina, KS 67401.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. 1343.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Joseph is a 38-year old man who was employed by KASA since February 24, 2014 as a controls engineer.

6. Joseph experienced pulmonary embolisms, chest pains, shortness of breath, and anxiety during his employment and KASA subsequently placed him on Family and Medical Leave Act ("FMLA") leave from approximately October 2016 until December 2016.

7. Joseph then returned to work with no significant issues until October of 2017, when he was restricted to 40 hours per week by his primary care physician for chest pains and anxiety.

8. Instead of accommodating his restrictions per his physician's directions, Joseph was forced by KASA to take a leave of absence between October of 2017 and December 27, 2017.  Joseph was not able to get disability benefits at that time because KASA had allowed his policy to lapse.

9. Shortly after returning to work from that leave, Joseph was terminated from his employment on January 29, 2018.

10. During Joseph's employment with KASA, he performed his job well and had no significant disciplinary issues.

11. Joseph has suffered damages as a result of KASA's actions including, but not limited to, lost income and benefits.

12. Joseph has exhausted his administrative remedies.

**Theories of Recovery**

## COUNT I

## AMERICANS WITH DISABILITIES ACT

13. Joseph realleges and incorporates herein the allegations contained in paragraphs 1 through 12 above.

14. Joseph has been subjected to unlawful discrimination based on an actual or perceived disability in violation of the Americans with Disabilities Act for which he is entitled to damages.

## COUNT II

## FAMILY AND MEDICAL LEAVE ACT

18. Joseph realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above.

19. KASA's actions in denying intermittent leave, forcing Joseph to take a leave of absence and then terminating his employment constitutes violations of the FMLA and entitle him to damages.

WHEREFORE, Joseph respectfully requests that the Court enter judgment in his favor and against KASA in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against KASA; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: August 17, 2018.

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel   #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
ATTORNEYS FOR PLAINTIFF

### **DEMAND FOR TRIAL BY JURY**

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

/s/ Larry G. Michel
Larry G. Michel

### **DESIGNATION OF PLACE OF TRIAL**

Pursuant to D.Kan.Rule 40.2, Plaintiff designates Topeka, Kansas as the place of Trial.

/s/ Larry G. Michel
Larry G. Michel